IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21cv2115 RM KLM

DUSTIN BALDWIN,

Plaintiff,

v.

WIDE OPEN ENTERPRISES, LLC d/b/a HIGH COUNTRY HARLEY DAVIDSON

Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, DUSTIN BALDWIN pursuant to F.R.C.P. 41(a)(1), hereby voluntarily dismisses the within action against Defendant, WIDE OPEN ENTERPRISES, LLC d/b/a HIGH COUNTRY HARLEY DAVIDSON each party to pay their own costs and attorney's fees.

This 14th day of January 2022.

                Respectfully submitted:

                By: *s/Robin Cochran*
                Robin Cochran
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2022, I electronically filed the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE** in the above-captioned action, using the CM/ECF system, which will send notification of such filing to the following:

Laurie J. Rust
Joshua B. Abromovitz
Littler Mendelson, P.C.
Email: lrust@littler.com
jabromovitz@littler.com

                /sLoriHarris
                Lori Harris